NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2014-3021

---

Petition for review of the Merit Systems Protection Board in No. DC3330130179-I-1.

---

**ON MOTION**

---

**O R D E R**

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    ASATOV v. ARMY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24